**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| American Family Mutual Insurance Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kevin William Rubinstein, et al., <br><br> Defendants. | No. CV-07-2039-PHX-SMM <br><br> **ORDER** |

Before the Court is Plaintiffs' Motion to Amend Complaint, filed January 23, 2008 (Dkt. 15). Defendants did not respond to Plaintiffs' motion by the February 11, 2008 deadline. Pursuant to Local Rule 7.2(i), the Court may deem Defendants' failure to respond as consent to the granting of the motion. Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Amend Complaint (Dkt. 15).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file Plaintiffs' lodged proposed First Amended Complaint (Dkt. 16).

DATED this 12th day of February, 2008.

Stephen M. McNamee
United States District Judge