**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Family Mutual Insurance Company, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Kevin William Rubinstein, et al.,<br><br>    Defendants. | No. CV-07-2039-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time to File Response to Pending Summary Judgment Motion (Dkt. 66). Also before the Court is Defendants Kevin William Rubenstein and Jane Doe Rubenstein's Motion to Substitute Attorney (Dkt. 67). Good cause appearing for each,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Time (Dkt. 66). Defendants shall have until **August 11, 2008** to file a responsive pleading and supporting documents addressing Plaintiffs' pending summary judgment motion.

**IT IS FURTHER ORDERED** granting Defendants' Motion to Substitute Attorney (Dkt. 67). Mr. John M. McKindles shall be substituted as counsel of record in place of Mr. Harold D. Burr, Jr.

//

//

1    **IT IS FURTHER ORDERED** that, pursuant to Local Rule 83.3(b)(1), Mr. Burr
2 shall give prompt notice of this Order, together with the name, last known residence and
3 last known telephone number of the client, to all other parties or their attorneys.
4    DATED this 4th day of August, 2008.

*(signature)*
Stephen M. McNamee
United States District Judge