**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Family Mutual Insurance Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kevin William Rubinstein, et al., <br><br> Defendants. | No. CV-07-2039-PHX-SMM <br><br> **ORDER** |

Having considered the parties' Stipulation for Transfer (Dkt. 71), and good cause appearing,

**IT IS HEREBY ORDERED** that this case be reassigned to the Honorable H. Russel Holland for all further proceedings.

DATED this 11th day of August, 2008.

Stephen M. McNamee
United States District Judge